# PD-1403-15

CAUSE NO. 38660
APPEAL NO. 03-14-00173-CR

BRIAN TAYLOR

VS.

STATE OF TEXAS

§
§
§
§

IN THE COURT OF THE
CRIMINAL APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 20 2015

FILED IN
COURT OF CRIMINAL APPEALS

NOV 20 2015

Abel Acosta, Clerk

## MOTION FOR A FREE REPORTERS RECORD ON APPEAL

TO THE CLERK OF SAID COURT:

NOW COMES BRIAN TAYLOR, APPELLANT, PRO-SE AND RESPECTFULLY

MOVES THIS COURT TO ORDER THE PREPARATION OF A FREE REPORTERS

RECORD ON APPEAL PURSUANT TO RULE 20.2 OF THE TEXAS RULES OF

APPELLANT PROCEDURE, AND FOR GOOD CAUSE SHOWS THE FOLLOWING:

1. BRIAN TAYLOR GAVE WRITTEN NOTICE OF APPEAL FROM THIS JUDGMENT

OF CONVICTION ON MARCH 18th 2014. ATTHE SAME TIME, BRIAN TAYLOR

DESIGNATED CERTAIN MATTERS TO BE INCLUDED IN THE REPORTERS RECORD

AND CLERKS RECORD.

2. UNDER RULE 20.2 OF THE TEXAS RULES OF APPELLANT PROCEDURE,

"THE COURT MUST ORDER THE REPORTER TO TRANSCRIBE THE PROCEEDINGS"

IF THE APPELLANT CANNOT PAY OR GIVE SECURITY FOR THE APPELLANT

RECORD. "INDIGENCY" IS A MATTER OF THE APPELLANTS FINANCIAL STATUS

AT THE TIME OF APPEAL NOT AT THE TIME OF TRIAL." ZANGHETTI VS.

STATE, 582,S.W. 2d. 461(TEX.CRIM. APP.(1979). RAMADAN VS. STATE

89,.S.W. 3d. 744 (TEX APP. HOUSTON 2002).

PETITIONER, HEREIN ASSERTS THAT HIS FEDERAL AND STATE CONST-

ITUTIONAL GUARENTEED RIGHTS WERE VIOLATED DURING THE PROSECUTION

OF THE ABOVE NUMBERED CAUSE, AND WITHOUT THE DOCUMENTS AND

RECORDS OF SAID PROCEEDINGS, PETITIONER CANNOT PREPARE A PLEADING

BY WAY OF HABEAS CORPUS PETITION IN WHICH TO SEEK RELIEF.

## PRAYER.

WHEREFORE, PREMISES CONSIDERED, PETITIONER PRAYS THIS HONORABLE COURT WOULD GRANT THIS MOTION FOR A FREE REPORTERS RECORD ON APPEAL AND SO ORDER THE CLERK, TO MAKE AND PREPARE A TRUE AND CORRECT COPY IN PAPER FORM ON THE GROUNDS THE APPELLANT CANNOT RECEAVE ELECTRONICALLY DOCUMENTS. AND ANY OTHER RELIEF THE COURT FINDS DEEM.

RESPECTFULLY SUBMITTED

BRIAN TAYLOR APPELLANT
TDCJ#1919122
BILL CLEMENTS UNIT
9601 SPUR 591
AMARILLO TEXAS 79107

## INMATE DECLARATION

I BRIAN TAYLOR TDCJ#1919122 BEING PRESENTLY INCARCERATED IN THE BILL CLEMENTS UNIT OF TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN POTTER COUNTY TEXAS VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE AND FORGOING STATEMENTS ARE TRUE AND CORRECT.

EXECUTED THIS __14__ DAY OF __NOVEMBER__ 2015.

SIGNATURE

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE COPY OF THE FORGOING INSTRUMENT TOGETHER WITH THIS PROOF OF SERVICE HEREOF HAS BEEN SENT TO THE CLERK OF THE COURT OF CRIMINAL APPEALS AT PO BOX 12308 CAPITOL STATION AUSTIN TEXAS 78711 BY U.S MAIL WITH FIRST CLASS POSTAGE. ON THIS 14 DAY OF NOVMBER 2015.

PETITIONER

BRIAN TAYLOR TDCJ# 1919122